UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EXPRESS RENT-A-CAR, LLC                     CIVIL ACTION

VERSUS                                       NO: 07-4356

U-SAVE FINANCIAL SERVICES,                   SECTION: R(4)
INC, ET AL.


**ORDER**

Express Rent-A-Car, LLC, operates a rental car business in New Orleans that sustained damage to several of its rental cars as a result of Hurricane Katrina. Express Rent-A-Car is a member of United Risk Purchasing Group, Inc., and its subsidiary, Auto Rental Research Center. Both of these organizations provide insurance coverage to its members. U-Save Financial Services administers a self-insured physical damage program for United Risk Purchasing Group and the Auto Rental Research Center. After Katrina, Express Rent-A-Car sued these entities and other insurance companies, including Great American Assurance Company, for breach of contract and failure to timely adjust its claims in

violation of La. Rev. Stat. §§ 22:658 and 22:1220.[1]  Great American now moves for summary judgment.

Express Rent-A-Car's Complaint alleges that Great American insured United Risk Purchasing Group, U-Save Financial Services and Express Rent-A-Car for losses caused by Hurricane Katrina. Great American denies that it insured any of these entities. In support, it attaches Express Rent-A-Car's interrogatory answers and production responses; both fail to provide any evidence that Great American insured United Risk, U-Save Financial or Express Rent-A-Car. *See* R. Doc. 27-6.  Great American also attaches its own production responses denying that it had any insurance in effect for these entities. *Id.*  Great American argues that the undisputed facts demonstrate that it did not provide insurance for any entity in this case, and that it is entitled to summary judgment as a matter of law.

"Under Louisiana law, the insured must prove that the claim asserted is covered by [its] policy." *Dickerson v. Lexington Ins. Co.*, Nos. 07-30823, 07-39868, 2008 WL 5295389 (5th Cir. 2008)(*citing Jones v. Estate of Santiago*, 870 So.2d 1002, 1010 (La. 2004); *Comeaux v. State Farm Fire and Cas. Co.*, 986 So.2d 153, 157-58 (La. App. 5th Cir. 2008)).  Great American has met

---

[1] Now La. Rev. Stat. §§ 22:1892 and 22:1973, respectively.

its burden on summary judgment by pointing out that there is no evidence in the record showing that it provided coverage. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986); *see also Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 178 (5th Cir. 1990). Express Rent-A-Car was then required to set out specific facts showing that a genuine issue exists. *See Celotex*, 477 U.S. at 324. Express Rent-A-Car has not offered any response to Great American's Motion, however. Great American's Motion for Summary Judgment is therefore GRANTED.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE